B1 (Official Form 1) (04/15)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Virginia | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Central Medical Laboratory, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**46-4392728** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**737 N. 5th Street, Suite 103**<br>**Richmond, VA**<br>ZIP CODE **23219** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**City of Richmond, VA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Central Medical Laboratory, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Attachment B | Case Number: | Date Filed: |
| District: Eastern District of Virginia | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Central Medical Laboratory, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Tyler P. Brown<br>Signature of Attorney for Debtor(s)<br>Tyler P. Brown<br>Printed Name of Attorney for Debtor(s)<br>Hunton & Williams LLP<br>Firm Name<br>951 E. Byrd Street<br>Richmond, VA  23219<br>Address<br>(804) 788-8200<br>Telephone Number<br>06/07/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Martin McGahan<br>Signature of Authorized Individual<br>Martin McGahan<br>Printed Name of Authorized Individual<br>Chief Restructuring Officer<br>Title of Authorized Individual<br>06/07/2015<br>Date | |

## **ATTACHMENT A**

### All Other Names used by the Debtor in the last 8 Years

None.

## ATTACHMENT B

### Pending Bankruptcy Case Filed by any Partner or Affiliate of this Debtor

Concurrently herewith, each of the below-listed entities (collectively, the "Debtors"), each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Virginia and has filed a motion with the Court seeking joint administration of the Debtors' respective chapter 11 cases.

| ENTITY NAME | EIN | JURISDICTION OF DOMICILE |
|---|---|---|
| Central Medical Laboratory, LLC | 46-4392728 | Virginia |
| Health Diagnostic Laboratory, Inc. | 26-3740119 | Virginia |
| Integrated Health Leaders, LLC | 46-2477832 | Virginia |

## Declaration Under Penalty
## of Perjury on Behalf of Central Medical Laboratory, Inc.

I declare under penalty of perjury that I have read the foregoing petition and attachments and they are true and correct to the best of my information and belief.

Date: June 7, 2015

Signature: /s/ Martin McGahan
Name: Martin McGahan
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-[    ] (___)<br><br>(Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS OF
## HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*

The following is a consolidated list of the debtors' creditors holding the 30 largest unsecured claims. This list is being filed pursuant to 11 U.S.C. § 521 and Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101.

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 1 | U.S. Department of Justice | Elizabeth A. Strawn<br>U.S. Department of Justice<br>601 D Street NW, #9138<br>Washington, DC 20004<br><br>PO Box 261, PHB 9138<br>Washington, DC 20044<br><br>T: (202) 616-7986<br>F: (202) 514-0280<br>Elizabeth.Strawn@usdoj.gov | Contract | | $49,512,344 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728) and Integrated Health Leaders, LLC (7832).

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 2 | Randox Laboratories | Randy Robinson<br>515 Industrial Boulevard<br>Kearneysville, WV 25430<br>(304) 596-7890<br>Randy.Robinson@randox.com | Contract / Trade Debt | | $4,517,068 |
| 3 | Metabolon | Todd Lynch, CFO<br>617 Davis Drive, Suite 400<br>P.O. Box 110407<br>Research Triangle Park, NC 27709<br>(919) 287-3368<br>Fax (919) 572-1721<br>TLynch@metabolon.com | Contract | Disputed | $3,067,775 |
| 4 | LaTonya S. Mallory | LaTonya S. Mallory<br>710 Meadow View Ridge<br>Manakin-Sabot, VA 23103<br>(804) 986-3660<br>Tonyamallory65@gmail.com | Contract | | $2,421,754 |
| 5 | Roche Diagnostics Corporation | Alex Cherlin<br>P.O. Box 105046<br>Atlanta, GA 30348<br>(757) 508-1634<br>alex.cherlin@roche.com | Trade Debt | | $1,708,119 |
| 6 | Kansas Bioscience Authority | Kevin Lockett<br>10900 S. Clair Blair Blvd<br>Olathe, KS 66061<br>(913) 397-8300<br>lockett@kansasbioauthority.org | Contract | | $1,589,875 |
| 7 | diaDexus | Lori Rafield, CEO<br>249 Oyster Point Boulevard<br>South San Francisco, CA 94080<br>(650) 619-6564<br>LRafield@diadexus.com | Trade Debt | | $1,504,662 |
| 8 | Ropes & Gray LLP | Deborah Gersh<br>P.O. Box 414265<br>Boston, MA 02241<br>(312) 845-1307<br>Deborah.Gersh@ropesgray.com | Legal Fees | | $1,483,365 |

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 9 | Oncimmune Limited | Geoffrey Hamilton-Fairley<br>P.O. Box 844851<br>Dallas, TX 75284<br>(888) 783-2003<br>geoffrey@hamilton-fairley.co.uk | Contract | | $737,675 |
| 10 | Numares Group | Volker Pfahlert<br>Josef-Engert-Str.9<br>93053 Regensburg<br>Germany<br>+49 941 69809100<br>Fax   +49 941 69809101<br>pfahlert.edingen@t-online.de | Contract / Trade Debt | | $734,798 |
| 11 | FedEx | Stephen Posey<br>P.O. Box 371461<br>Pittsburg, PA 15250<br>(804) 855-9591<br>Stephen.posey@fedex.com | Trade Debt | | $606,422 |
| 12 | Cleveland HeartLab, Inc. | 6701 Carnegie Avenue, Suite 500<br>Cleveland, OH 44103<br>Jake Orville<br>(216) 426-6081 ext. 1000<br>Fax (216) 452-0581<br>jorville@clevelandheartlab.com | Trade Debt | | $600,028 |
| 13 | LeClairRyan | Charles Sims<br>P.O. Box 2499<br>Richmond, VA 23218<br>(804) 343-5091<br>Fax (804) 783-7655<br>Charles.Sims@leclairryan.com | Legal Fees | | $444,065 |
| 14 | City of Richmond | Division of Collections<br>P.O. Box 26624<br>Richmond, VA 23261<br>(804) 646-7000<br>finance@richmondgov.com | Taxes | | $454,809 |
| 15 | VWR International | Bruce Palmatier<br>P.O. Box 640169<br>Pittsburgh, PA 15264<br>(484) 319-5563<br>Fax (484) 881-7307<br>bruce_palmatier@vwr.com | Trade Debt | | $382,260 |

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 16 | Phillips & Cohen LLP;<br><br>Roe Cassidy Coates & Price PA | Phillips & Cohen LLP<br>2000 Massachusetts Ave, N.W.<br>Washington, DC 20036<br>(202) 833 4567<br>Fax (202) 833 1815<br><br>1052 N. Church Street<br>Greenville, SC 29601<br>(864) 349 2600<br>Fax (864) 349 0303 | Contract | | $381,500 |
| 17 | Berk Law PLLC;<br><br>Cotchett, Pitre and McCarthy, LLP | Berk Law PLLC<br>2002 Massachusetts Ave, N.W.<br>Washington, DC 20036<br>(202) 232-7550<br>Fax (202) 232 7556<br><br>Cotchett, Pitre and McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA<br>(650) 697 6000<br>Fax (650) 697 0577 | Contract | | $350,000 |
| 18 | Helena Laboratory Corporation | Joe Golias<br>1530 Lindbergh Drive<br>Beaumont, TX 77704<br>(409) 842-3714<br>jgolias@helena.com | Trade Debt / Contract | | $293,073 |
| 19 | LabCorp | Leslie Shelton<br>P.O. Box 12140<br>Burlington, NC 27216<br>Sheltol@LabCorp.com | Trade Debt | | $290,573 |
| 20 | Beckman Coulter | Sandra Hannah<br>Dept. CH10164<br>Palentine, IL 60055<br>(919) 621-0036<br>Fax (714) 223-4444<br>skhannah@beckman.com | Trade Debt | | $273,917 |

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 21 | BG Medicine | Paul Sohmer, President & CEO<br>610N Lincoln Street<br>Waltham, MA 02451<br>(781) 434-0299<br>Fax (781) 895-1119<br>psohmer@bg-medicine.com | Trade Debt | | $253,492 |
| 22 | Mercodia, Inc. | Carissa Jones, US Ops Director<br>1590 Westbrook Plaza Drive, Ste 201<br>Winston-Salem, NC 27103<br>(336) 655-9096<br>Carissa.jones@mercodia.com | Trade Debt | | $251,580 |
| 23 | ProFootball Inc. (The Washington Redskins) | Scott Shepherd<br>21300 Redskins Park Drive<br>Ashburn, VA 20147<br>(703) 726-7417<br>Fax 703-726-7084<br>shepherds@redskins.com | Trade Debt | | $250,000 |
| 24 | Finnegan Henderson Farabow Garrett & Dunner LLP | Sanya Sukduang<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4377<br>Fax (202) 408-4400<br>sanya.sukduang@finnegan.com | Legal Fees | | $248,211 |
| 25 | Petragallo Gordon Alfano Bosick & Raspanti, LLP;<br><br>Wyatt & Blake LLP | Petragallo Gordon Alfano Bosick & Raspanti, LLP<br>1818 Market Street<br>Suite 3402<br>Philadelphia, PA 19103<br>(215) 320 6200<br>Fax (215) 981 0082<br><br>Wyatt & Blake LLP<br>435 East Morehead Street<br>Charlotte, NC 28202<br>(704) 331 0767<br>Fax (704) 331 0773 | Contract | | $225,000 |
| 26 | DiaSorin | Tim Harris, VP Sales<br>NW 8678<br>P.O. Box 1450<br>Minneapolis, MN 55485<br>(804) 839-1128<br>Fax (651) 351-5669 | Trade Debt | | $193,544 |

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| | | tim.harris@diasorin.com | | | |
| 27 | Monument Consulting, LLC | Julie Pittman<br>3947 Westerre Parkway<br>Richmond, VA 23233<br>(804) 622-9995<br>Fax (804) 622-9997 | Trade Debt | | $191,388 |
| 28 | Kronus Market Development Associates, Inc. | Debbie Tapella<br>170 S. Seneca Springs Way, #105<br>Star, ID 83669<br>(800) 457-6687<br>dtapella@kronus.com | Trade Debt | | $181,170 |
| 29 | Orchard Software | Andy Tolle, Account Executive<br>701 Congressional Blvd, Suite 360<br>Carmel, IN 46032<br>(800) 856-1948 ext. 6885<br>(317) 688-6885<br>Fax (317) 573-2528 | Trade Debt | | $162,075 |
| 30 | Chrom Tech, Inc. | Michelle Iverson, CEO<br>P.O. Box 240248<br>Apple Valley, MN 55124<br>(952) 431-6000<br>Fax (952) 431-6345<br>michelle@chromtech.com | Trade Debt | | $158,797 |

**Declaration Under Penalty of Perjury
on Behalf of a Corporation or Partnership**

I, Martin McGahan, an officer of Health Diagnostic Laboratory, Inc. and each of the other affiliated debtors in the above-captioned cases, declare under penalty of perjury that I have read the foregoing list of consolidated creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.


|   Health Diagnostic Laboratory, Inc., *et al*   |   June 7, 2015   |
|   Debtors   |   Date   |


/s/ Martin McGahan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CENTRAL MEDICAL LABORATORY, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 15-[  ] (___)<br><br>**(Joint Administration Requested)** |

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RULE 7007.1 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Central Medical Laboratory, LLC hereby provides that 100% of its outstanding membership interests are held by HDL USA Holdings, LLC.

Date:  June 7, 2015

    Signature: /s/ Martin McGahan
    Name: Martin McGahan
    Title: Chief Restructuring Officer

**CENTRAL MEDICAL LABORATORY, LLC**

**WRITTEN CONSENT OF SOLE MANAGER**

The undersigned being the sole Manager of CENTRAL MEDICAL LABORATORY, LLC, a Virginia company (the "Company"), hereby consents to the adoption of the following resolutions:

RESOLVED, that in the good faith business judgment of the Company's Manager, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), be filed in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"); and it is

RESOLVED FURTHER, that Martin McGahan, Joseph P. McConnell and Douglas Sbertoli, in their capacity as officers of the Company (together, the "Officers"), be, and each is hereby, authorized, empowered and directed to execute and verify on behalf of and in the name of the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court in such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and it is

RESOLVED FURTHER, that the Company shall be and is hereby, authorized, and empowered, to execute, verify and/or file, or cause to be filed and or executed or verified (or direct others to do so on its behalf as provided herein) all necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel or other professionals and to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such cases; and it is

RESOLVED FURTHER, that the Officers of the Company or any one of them be, and each is hereby, authorized, empowered and directed to (i) prepare, or cause to be prepared on the Company's behalf, the necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers referred to in the foregoing resolution, and, (ii) in the express prior approval of the Manager (a) file and prosecute to a conclusion any such plan of reorganization, and (b) to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, including without limitation incurring post-petition debt, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, the

law firm of Hunton & Williams LLP under a special retainer as general bankruptcy counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Alvarez & Marsal under a special retainer as Financial Advisors to the Company on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Hirshler Fleisher, P.C. under a special retainer as conflicts counsel for the Company on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Alvarez & Marsal under a special retainer to provide the Company with a Chief Restructuring Officer, who shall be Martin McGahan, on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors or other professionals as may be prudent and desirable in connection with the prosecution and/or administration of the restructuring of the Company under the Bankruptcy Code on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

RESOLVED FURTHER, that the effective date of the foregoing resolutions shall be June 1, 2015

IN WITNESS WHEREOF, the undersigned sole Manager of the Company has executed this Consent effective as of the date written above.

/s/ Joseph P. McConnell
Joseph P. McConnell